IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIMOTHY J. MCCUE, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRA IMAGING, P.S., a Washington Professional Service Corporation,<br><br>Defendant. | CV 19–147–M–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff's Motion for Leave to File Exhibits Under Seal. (Doc. 41.) The documents Plaintiff seeks to file under seal are confidential documents that fall within the scope of the parties' stipulated protective order, and as such, Defendant agrees they should be filed under seal. (Doc. 41 at 2.) Accordingly,

IT IS ORDERED that the Motion (Doc. 41) is GRANTED.

DATED this 9th day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

1