IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIMOTHY J. MCCUE, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> INTEGRA IMAGING, P.S., a Washington Professional Service Corporation, <br><br> Defendant. | CV 19–147–M–DLC <br><br><br><br> ORDER |

Before the Court is Defendant's Unopposed Motion for Leave to File Exhibit Under Seal. (Doc. 45.) The document Defendant seeks to file under seal (Doc. 47) is confidential pursuant to the parties' stipulated protective order. (Doc. 45 at 1.) Accordingly,

IT IS ORDERED that the Motion (Doc. 45) is GRANTED.

DATED this 23rd day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

1