IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIMOTHY J. MCCUE, M.D., | CV 19–147–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| INTEGRA IMAGING, P.S., a Washington Professional Service Corporation, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).  (Doc.  71.)  The parties confirm that this action has been settled on the merits.  Accordingly,

IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 10th day of May, 2021.

Dana L. Christensen, District Judge
United States District Court

1